PATRICK H. HICKS, ESQ., Bar # 004632
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant
THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN

JESSE M. SBAIH, ESQ., Bar #7898
JESSE SBAIH & ASSOCIATES, LTD
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89012-3145
Telephone:   702.896.2529
Fax No.      702.896.0529

Attorney for Plaintiff
ROSANN C. KEOWN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSANN C. KEOWN,<br><br>             Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pensylvania Corporation, doing business as CIGNA GROUP INSURANCE, THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN, an employee welfare benefit plan, DOES I through X, inclusive ,<br><br>             Defendant. | Case No. 2-11-CV-00493-GMN-RJJ<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Plaintiff Rosann C. Keown ("Plaintiff") and Defendant Wyndham Worldwide Corporation Health and Welfare Plan ("Defendant"), by and through their attorneys of record, stipulate that Defendants have an additional seven (7) days to answer or otherwise plead in response to Plaintiff's complaint.  Defendants are to file their response on or before April 15, 2011.  This is the first extension of Defendants' time to respond to Plaintiff's complaint made to this Court and is made by stipulation of the parties.

Dated:  April 5, 2011

Respectfully submitted,

/s/ Jesse M. Sbaih
JESSE M. SBAIH
JESSE SBAIH & ASSOCIATES, LTD.

Attorneys for Plaintiff
ROSANN C. KEOWN

Dated:  April 5, 2011

Respectfully submitted,

/s/ Wendy M. Krincek
PATRICK H. HICKS, ESQ.
WENDY MEDURA KRINCEK, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN

**IT IS SO ORDERED** this 6th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

Firmwide:101011547.1 041582.2000

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800