PATRICK H. HICKS, ESQ., Bar # 004632
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811

Attorneys for Defendants
CIGNA GROUP INSURANCE and THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN

JESSE M. SBAIH, ESQ., Bar #7898
JESSE SBAIH & ASSOCIATES, LTD
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89012-3145
Telephone:   702.896.2529
Fax No.       702.896.0529

Attorney for Plaintiff
ROSANN C. KEOWN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSANN C. KEOWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation, doing business as CIGNA GROUP INSURANCE, THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN, an employee welfare benefit plan, DOES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2-11-CV-00493-GMN-RJJ<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff Rosann C. Keown ("Plaintiff") and Defendants Life Insurance Company of North America, d/b/a Cigna Group Insurance and Wyndham Worldwide Corporation Health and Welfare Plan (collectively referred to as "Defendants"), by and through their attorneys

of record, stipulate that Defendants have an additional fourteen (14) days to answer or otherwise plead in response to Plaintiff's complaint. Defendants are to file their response on or before April 29, 2011. This is the second extension of Defendants' time to respond to Plaintiff's complaint made to this Court and is made by stipulation of the parties. This second extension is agreed upon by all parties as Plaintiff and Defendants are in active settlement negotiations at this time.

Dated: April 15, 2011

Respectfully submitted,

/s/ Jesse M. Sbaih
JESSE M. SBAIH
JESSE SBAIH & ASSOCIATES, LTD.

Attorneys for Plaintiff
ROSANN C. KEOWN

Dated: April 15, 2011

Respectfully submitted,

/s/ Wendy M. Krincek
PATRICK H. HICKS, ESQ.
WENDY MEDURA KRINCEK, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
THE WYNDHAM WORLDWIDE
CORPORATION HEALTH AND WELFARE
PLAN

**ORDER**

**IT IS SO ORDERED** this 18th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge