1  PATRICK H. HICKS, ESQ., Bar # 004632
2  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   JAMIE CHU, ESQ., Bar # 10546
3  LITTLER MENDELSON
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, NV  89169-5937
5  Telephone:  702.862.8800
   Fax No.:       702.862.8811
6
7  Attorneys for Defendants
   CIGNA GROUP INSURANCE and THE WYNDHAM
8  WORLDWIDE CORPORATION HEALTH AND WELFARE
   PLAN
9

10                 UNITED STATES DISTRICT COURT
11                      DISTRICT OF NEVADA
12

13  ROSANN C. KEOWN,

14          Plaintiff,                         Case No. 2-11-CV-00493-GMN-RJJ

15  vs.                                        STIPULATION AND ORDER TO
                                                DISMISS ENTIRE ACTION WITH
16  LIFE INSURANCE COMPANY OF                   PREJUDICE
17  NORTH AMERICA, a Pensylvania
    Corporation, doing business as CIGNA
18  GROUP INSURANCE, THE WYNDHAM
    WORLDWIDE CORPORATION HEALTH
19  AND WELFARE PLAN, an employee
    welfare benefit plan, DOES I through X,
20  inclusive ,

21          Defendants.
22

23       Plaintiff, ROSANN C. KEOWN and Defendants, CIGNA GROUP INSURANCE and
24  THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN, by and
25  through their respective counsel of record, hereby stipulate and respectfully request an
26  order dismissing the entire action with prejudice.
27  / / /
28

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 6, 2011

Respectfully submitted,

/s/ Jesse M. Sbaih
JESSE M. SBAIH
JESSE SBAIH & ASSOCIATES, LTD.

Attorneys for Plaintiff
ROSANN C. KEOWN

Dated: May 6, 2011

Respectfully submitted,

/s/ Wendy M. Krincek
PATRICK H. HICKS, ESQ.
WENDY MEDURA KRINCEK, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
THE WYNDHAM WORLDWIDE CORPORATION HEALTH AND WELFARE PLAN

### ORDER

**IT IS SO ORDERED** this 9th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

Firmwide:101347983.1 057368.1005

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800